## 36540. HAJOSY v. GRAHAM.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

SUBMITTED AUGUST 8, 1980 — DECIDED
SEPTEMBER 24, 1980.

*Carlisle & Newton, John R. Carlisle,* for appellant.
*Robert Smalley, Jr.,* for appellee.